# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Provident Life and Accident Ins Co | 12/30/2022 | Wire | $ 9,758.84 |
| Akorn Operating Company, LLC | Provident Life and Accident Ins Co | 2/1/2023 | Wire | $ 8,535.34 |
| | | | | $ 18,294.18 |